UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W COLVIN,<br><br>  Defendant. | Case No. 15-cv-00281-MEJ<br><br>**ORDER RE: STATEMENTS OF FACTS; ORDER CONTINUING BRIEFING DEADLINES** |

On February 4, 2015, the Court ordered the parties to file either a joint statement or separate statements of facts setting forth all relevant medical evidence and written and oral testimony in the Administrative Record. Dkt. No. 9. On July 23, 2015, the parties filed a joint statement of the procedural background of this case, but failed to include the relevant medical evidence and written and oral testimony. Accordingly, the Court ORDERS the parties to meet and confer by August 6, 2015 to determine whether they are able to prepare a joint statement summarizing: (1) the testimonial evidence from the hearing before the Administrative Law Judge; and (2) all relevant medical evidence in the Administrative Record. If the parties are able to agree on a joint statement, the statement shall be signed by both parties and filed by August 13, 2015. Each fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.

If the parties are unable to agree on a joint statement of facts, Plaintiff shall file a separate statement by August 13, 2015, setting forth each fact from the Administrative Record on which Plaintiff relies in support of the motion, including all relevant medical evidence and written and oral testimony in the Administrative Record. Each fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.

The deadline for Defendant to file the cross-motion is EXTENDED to September 10, 2015. If Plaintiff files a separate statement, Defendant must also file a statement, separate from the motion and memorandum of law, setting forth: (a) for each paragraph of Plaintiff's separate

statement of facts, a correspondingly numbered paragraph indicating whether Defendant disputes the statement of fact as set forth by Plaintiff and, if disputed, a reference to the specific portion of the Administrative Record supporting Defendant's position; and (b) any additional facts from the Administrative Record on which Defendant relies in support of the motion.  Each additional fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.

The deadline for Plaintiff's reply is EXTENDED to September 24, 2015.  If Defendant sets forth additional facts in the cross-motion, Plaintiff shall file a statement, separate from the reply brief, with correspondingly numbered paragraphs indicating whether Plaintiff disputes the statement of fact as set forth by Defendant and, if disputed, a reference to the specific portion of the Administrative Record supporting Plaintiff's position.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge